# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AgFeed USA, LLC, *et al.*,[1] | Case No. 13-11761 (BLS) |
| Debtors. | Jointly Administered |

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Rule 2002-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the Court hereby schedules the following omnibus hearing dates:

**January 27, 2014 at 1:30 p.m. (ET)**

**February 11, 2014 at 10:00 a.m. (ET)**

**March 11, 2014 at 10:00 a.m. (ET)**

**March 27, 2014 at 10:00 a.m. (ET)**

**April 23, 2014 at 10:00 a.m. (ET)**

Dated: December 17, 2013
Wilmington, Delaware

The Honorable Brendan L. Shannon
United States Bankruptcy Judge

---

[1] The Debtors and the last four digits of their federal tax identification number are: AgFeed USA, LLC (8748), AgFeed Industries, Inc. (7168); TS Finishing, LLC (8748); New York Finishing, LLC (8748); Pork Technologies, LC (2076); New Colony Farms, LLC (9246); Heritage Farms, LLC (8141); Heritage Land, LLC (8129); Genetics Operating, LLC (1921); M2P2 Facilities, LLC (8748); MGM, LLC (8748); M2P2 General Operations, LLC (8748); New Colony Land Company, LLC(5834); M2P2 AF JV, LLC (8748); Midwest Finishing, LLC (8748); and Genetic Land, LLC (1921). The location of the corporate headquarters for the Debtors is 100 Bluegrass Commons Blvd., Suite 310, Hendersonville, Tennessee 37075.

01:13905873.3