IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| AgFeed USA, LLC, et al.,[1] | Case No. 13-11761 (BLS) |
| Debtors. | Jointly Administered |
| | Ref. Docket No.: _____ |

### ORDER APPROVING STIPULATION BY AND BETWEEN THE DEBTORS AND THE EQUITY SECURITY HOLDERS' COMMITTEE GRANTING THE EQUITY SECURITY HOLDERS' COMMITTEE DERIVATIVE STANDING TO PROSECUTE CERTAIN CLAIMS AND CAUSES OF ACTION AGAINST HORMEL FOODS CORPORATION AND THEIR AFFILIATES ON BEHALF OF THE AGFEED INDUSTRIES, INC. ESTATE

Upon consideration of the certification of counsel (the "Certification of Counsel") contemporaneously filed herewith by the above-captioned debtors and debtors in possession (the "Debtors") and the *Stipulation By and Between the Debtors and the Equity Security Holders' Committee Granting the Equity Security Holders Derivative Standing to Prosecute Certain Claims and Causes of Action Against Hormel Foods Corporation and Certain of Its Affiliates on Behalf of the AgFeed Industries, Inc. Estate*, attached hereto as Exhibit 1 (the "Stipulation"); and it appearing that the Court has jurisdiction to consider the relief being granted by this order in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the relief being granted by this Order is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief being granted by this Order is in the best interest

---

[1] The Debtors and the last four digits of their federal tax identification numbers are: AgFeed USA, LLC (8748), AgFeed Industries, Inc. (7168); TS Finishing, LLC (8748); New York Finishing, LLC (8748); Pork Technologies, LC (2076); New Colony Farms, LLC (9246); Heritage Farms, LLC (8141); Heritage Land, LLC (8129); Genetics Operating, LLC (1921); M2P2 Facilities, LLC (8748); MGM, LLC (8748); M2P2 General Operations, LLC (8748); New Colony Land Company, LLC (5834); M2P2 AF JV, LLC (8748); and Midwest Finishing, LLC; and Genetics Land, LLC (1921). The mailing address for the Debtors is 816 Congress Ave., Suite 1280, Austin, Texas 78701.

01:16103195.2

of the Debtors and their estates and creditors; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Stipulation is approved.

2. The Equity Holders' Committee is hereby granted derivative standing to commence, litigate and settle any Causes of Action that AgFeed Industries has against Hormel Foods Corporation and its affiliates under the Estoppel Letter and the M2P2 Acquisition.[2]

3. The automatic stay pursuant to Section 362 of the Bankruptcy Code is lifted to permit the Equity Holders' Committee to commence, litigate and settle any Causes of Action that AgFeed Industries has against Hormel Foods Corporation and its affiliates under the Estoppel Letter and the M2P2 Acquisition.

4. Notwithstanding Rule 4001(a)(3) of the Federal Rule of Bankruptcy Procedure, the relief from the automatic stay provided herein shall be effective immediately.

5. This Court shall retain jurisdiction over all matters arising from or related to the interpretation, implementation, and enforcement of this Order and/or the Stipulation.

Dated: October 14, 2014
Wilmington, Delaware

THE HONORABLE BRENDAN L. SHANNON
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[2] All capitalized terms not herein defined shall have the meaning ascribed to them in the Certification of Counsel.

01:16103195.2

- 2 -