# EXHIBIT 1

**Stipulation**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| AgFeed USA, LLC, et al.[1] | Case No. 13-11761 (BLS) |
| Debtors. | Jointly Administered |

## STIPULATION BY AND BETWEEN THE DEBTORS AND THE EQUITY SECURITY HOLDERS' COMMITTEE GRANTING THE EQUITY SECURITY HOLDERS' COMMITTEE DERIVATIVE STANDING TO PROSECUTE CERTAIN CLAIMS AND CAUSES OF ACTION AGAINST HORMEL FOODS CORPORATION AND THEIR AFFILIATES ON BEHALF OF THE AGFEED INDUSTRIES, INC. ESTATE

This stipulation (the "Stipulation") is entered into by and between the above-captioned debtors (the "Debtors") and the Official Committee of Equity Security Holders (the "Equity Holders' Committee"), as of the date set forth below.

## RECITALS

WHEREAS, on July 15, 2013 (the "Petition Date"), the Debtors each filed voluntary petitions (collectively, the "Chapter 11 Cases") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"). The Debtors have continued in possession of their properties and have continued to operate and maintain their business as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code;

WHEREAS, on July 23, 2013, the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors'

---

[1] The Debtors and the last four digits of their federal tax identification numbers are: AgFeed USA, LLC (8748), AgFeed Industries, Inc. (7168); TS Finishing, LLC (8748); New York Finishing, LLC (8748); Pork Technologies, LC (2076); New Colony Farms, LLC (9246); Heritage Farms, LLC (8141); Heritage Land, LLC (8129); Genetics Operating, LLC (1921); M2P2 Facilities, LLC (8748); MGM, LLC (8748); M2P2 General Operations, LLC (8748); New Colony Land Company, LLC (5834); M2P2 AF JV, LLC (8748); and Midwest Finishing, LLC; and Genetics Land, LLC (1921). The mailing address for the Debtors is 816 Congress Ave., Suite 1280, Austin, Texas 78701.

01:16103195.2

Committee"). On August 23, 2013, the U.S. Trustee appointed the Equity Holders' Committee [Docket No. 195];

WHEREAS, on September 12, 2014, the Debtors filed the *Debtors' Revised Second Amended Chapter 11 Plan of Liquidation Supported by the Official Committee of Equity Security Holders* [Docket No. 1192] and the related disclosure statement [Docket No 1193], the conformed versions of which are on file as Docket Nos. 1370 (the "Second Amended Plan") and 1371 (the "Disclosure Statement"). On September 15, 2014, the Court entered an order [Docket No. 1367 (the "Disclosure Statement Order") that, among other things, approved the Disclosure Statement and certain related materials for solicitation of votes to accept or reject the Second Amended Plan;

WHEREAS, the Debtors and the Equity Holders' Committee believe that AgFeed Industries, Inc. ("AgFeed Industries") has colorable claims against Hormel Food Corporation and certain of its affiliates ("Hormel") arising under the Estoppel Letter and the M2P2 Acquisition;

WHEREAS, pursuant to Section 6.3 of the Second Amended Plan, any and all of the Estates' Assets[2], including, but not limited to Causes of Action, shall remain assets of the Estates and shall be transferred to and vest in the Liquidating Trust, fee and clear from any and all Claims and liens, on the Effective Date;

WHEREAS, pursuant to the Second Amended Plan, the Liquidating Trustee shall report to the Liquidating Trust Oversight Committee that will be comprised of four individuals, each of whom shall be appointed by the Equity Holders' Committee;

WHEREAS, pursuant to section 1123(b)(3)(B) of the Bankruptcy Code, on or after the Effective Date, only the Liquidating Trust and Liquidating Trustee may commence, litigate and

---

[2] All capitalized terms not herein defined shall have the meaning ascribed to them in either the Second Amended Plan or the Disclosure Statement, as applicable.

01:16103195.2

- 2 -

settle any Causes of Action relating to the Debtors. Accordingly, any Causes of Action that the Debtors may have against Hormel will be transferred to the Liquidating Trust and prosecuted by the Liquidating Trustee;

NOW, THEREFORE, the Debtors and the Equity Holders' Committee (the "Parties"), in consultation with their respective counsel and intending to be legally bound, hereby stipulate and agree as follows:

## STIPULATION

1. The Equity Holders' Committee is hereby granted derivative standing to commence, litigate and settle any Causes of Action that AgFeed Industries has against Hormel Foods Corporation and its affiliates under the Estoppel Letter and the M2P2 Acquisition.

2. The Debtors consent to lifting the automatic stay pursuant to Section 362 of the Bankruptcy Code to permit the Equity Holders' Committee to commence, litigate and settle any Causes of Action that AgFeed Industries has against Hormel Foods Corporation and its affiliates under the Estoppel Letter and the M2P2 Acquisition.

3. This Stipulation and all the provisions hereof shall be binding upon and shall inure to the benefit of the Parties and each of their respective executors, heirs, successors, and assigns, including without limitation any Liquidating Trustee or the chapter 7 trustee appointed to administer the Debtors' estates.

4. This Stipulation constitutes the entire agreement between the Parties with respect to the subject matter hereof, and supersedes any prior agreements and understandings, both written and oral, thereof.

5. This Stipulation shall be construed and enforced in accordance with (a) the internal laws of the state of Delaware without giving effect to the state of Delaware's rules governing the conflict of laws and (b) to the extent applicable, the Bankruptcy Code, as

amended.

6.     The Parties have cooperated in the drafting and preparation of this Stipulation. Therefore, in any construction to be made of this Stipulation, the Stipulation shall not be construed for or against either of the Parties on that basis.

7.     This Stipulation may be executed by the Parties in separate counterparts, each of which shall be deemed an original, but all of which, when taken together, shall constitute one and the same instrument.  This Stipulation may be executed by exchange of facsimile or electronic signatures (in PDF or comparable format), which shall be deemed original signatures.

8.     The undersigned counsel and their respective client represent and acknowledge that such counsel have the authorization to execute this Stipulation on behalf of their respective client.

9.     The Bankruptcy Court shall have exclusive jurisdiction with respect to all disputes or controversies arising from or related to this Stipulation.  Any motion or application brought before the Bankruptcy Court to resolve any dispute arising under or related to this Stipulation shall be brought on proper notice in accordance with the relevant Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware

Dated: October 13, 2014
       Wilmington, Delaware

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ELLIOTT GREENLEAF |
| /s/ Donald J. Bowman, Jr. | /s/ Rafael X. Zahralddin |
| Robert S. Brady (No. 2847)<br>Donald J. Bowman, Jr. (No. 4383)<br>Ian J. Bambrick (No. 5455)<br>Ashley E. Markow (No. 5635)<br>1000 N. King Street<br>Rodney Square<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>*Counsel for the Debtors and Debtors in Possession* | Rafael X. Zahralddin (No. 4166)<br>Eric M. Sutty (No. 4007)<br>1105 N. Market Street, Suite 1700<br>Wilmington, Delaware 19801<br><br>-and-<br><br>SUGAR FELSENTHAL GRAIS & HAMMER, LLP<br>Aaron L. Hammer<br>Mark S. Melickian<br>30 N. LaSalle Street, Suite 3000<br>Chicago, Illinois 60602<br><br>*Counsel for the Equity Holders' Committee* |