# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AgFeed USA, LLC, et al.,[1] | ) | Case No. 13-11761 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket Nos. 1945, 1946** |

## CERTIFICATION OF COUNSEL REGARDING LIQUIDATING TRUSTEE'S MOTION FOR ENTRY OF ORDER AUTHORIZING THE ABANDONMENT AND DESTRUCTION OF CERTAIN OF THE DEBTORS' REMAINING BOOKS AND RECORDS

I, Eric M. Sutty, counsel to William Kaye, the liquidating trustee (the "Liquidating Trustee") for the liquidating trust (the "Liquidating Trust") established pursuant to the *Order Confirming Debtors Revised Second Amended Chapter 11 Plan* of AgFeed USA, LLC and its affiliated debtors (collectively, "Agfeed" or the "Debtors") hereby certify as follows:

1. On April 29, 2020, the Liquidating Trustee filed the *Liquidating Trustee's Motion for Entry of Order Authorizing the Abandonment and Destruction of Certain of the Debtors' Remaining Books and Records* [D.I. 1945] (the "Motion").

2. On May, 20, 2020, Stevens & Lee, P.C. ("Stevens & Lee") filed the *Objection of Stevens & Lee, P.C. to the Liquidating Trustee's Motion for Entry of Order Authorizing the Abandonment and Destruction of Certain of the Debtors' Remaining Books and Records* [D.I. 1946] (the "Objection").

3. On May 20, 2020, in an attempt to resolve the Objection, counsel for the Liquidating Trustee, emailed a revised proposed order to counsel to the Stevens & Lee. Counsel for Stevens & Lee responded that the Revised Proposed Order did not resolve the concerns of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are as follows: AgFeed USA, LLC (8748) and AgFeed Industries, Inc. (7168). The chapter 11 cases of all other affiliated Debtors have been closed.

Stevens & Lee.  Counsel for the Liquidating Trustee requested that Stevens & Lee to propose language to resolve Stevens & Lee's concerns.  However, counsel for Stevens & Lee did not provided language to resolve their concerns nor responded to the request.

5. On May 26, 2020, counsel for the Liquidating Trustee once again reached out to counsel for Steven & Lee to attempt to resolve the Objection, emailed a further revised proposed order (the "Further Revised Proposed Order") to counsel to the Stevens & Lee, and welcomed any proposed additional language.  Counsel for Stevens & Lee indicated they were not in a position to agree to a form of order.

6. A copy of the Further Revised Proposed Order is attached hereto as Exhibit A.  A blackline of the Further Revised Proposed Order marked to show changes from the form of order attached to the Motion is attached hereto as Exhibit B.

7. The Liquidating Trustee therefore respectfully requests that this Court **sustain the Objection and enter the attached Further Revised Proposed Order over the Objection**.

Dated:  May 26, 2020                                    **ELLIOTT GREENLEAF, P.C.**

*/s/ Eric M. Sutty*
Rafael X. Zahralddin-Aravena (No. 4166)
Eric M. Sutty (No. 4007)
Jonathan M. Stemerman (No. 4510)
1105 N. Market St., Ste. 1700
Wilmington, DE 19801
Telephone: (302) 384-9400
Email:  rxza@elliottgreenleaf.com
ems@elliottgreenleaf.com

*Counsel to William Kaye., as Liquidating Trustee of the AgFeed Liquidating Trust*