# **EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| AGFEED USA, LLC, *et al.*,[1] | : | Case No. 13-11761 (BLS) |
| Debtors. | : | (Jointly Administered) |
| | : | **Related Docket Nos. 1945, 1946** |

## ORDER APPROVING LIQUIDATING TRUSTEE'S MOTION FOR ORDER AUTHORIZING ABANDONMENT AND DESTRUCTION OF CERTAIN OF THE DEBTORS' REMAINING BOOKS AND RECORDS

Upon consideration of the Liquidating Trustee's motion (the "Motion") for entry of an order pursuant to section 554 of the Bankruptcy Code, and Bankruptcy Rule 6007 authorizing the abandonment and destruction of certain of the Debtors' remaining Books and Records; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 158(a); and it appearing that the relief requested by the Motion is in the best interests of the estates, its creditors and other parties in interest; and after due deliberation and for good cause appearing for the Motion, it is hereby

**ORDERED** that the Motion is GRANTED, as set forth herein; and it is further

**ORDERED** that, the Liquidating Trustee is authorized but not directed to abandon, destroy, or otherwise dispose of any remaining Books and Records relating to the Debtors' farm and feed mills operations, and no other Books and Records will be abandoned, destroyed, or otherwise disposed, and pay any costs associated therewith, without further order of this Court; and it is further

---

[1] The remaining Debtors and the last four digits of their federal tax identification number are: AgFeed USA, LLC (8748) and AgFeed Industries, Inc. (7168). The chapter 11 cases of all affiliated Debtors were closed by the Court on March 21, 2016 [D.I. 1823].

**ORDERED** that, the Liquidating Trustee shall preserve all Books and Records in which the Liquidating Trustee intends to rely on as evidence in any pending litigation until such litigation is complete including but not limited to minutes of board meetings, files of the Debtors' officers, corporate financial records (not relating to farm and feed mill operations); and it is further

**ORDERED** that, any party who would like to review the Books and Records prior to the abandonment, destruction or disposition of the Books and Records shall contact counsel to the Liquidating Trustee within five (5) business days of entry of this Order to make arrangement to review the Books and Records within a reasonable timeframe; and it is further

**ORDERED** that this Court shall retain exclusive jurisdiction to interpret and enforce the provisions of this Order in all respects and further to hear and determine all matters arising from the construction and implementation of this Order.