# EXHIBIT B

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AGFEED USA, LLC, *et al.*,[1] | : | Case No. 13-11761 (BLS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Related Docket Nos. 1945, 1946** |

## ORDER APPROVING LIQUIDATING TRUSTEE'S MOTION
## FOR ORDER AUTHORIZING ABANDONMENT AND DESTRUCTION
## OF CERTAIN OF THE DEBTORS' REMAINING BOOKS AND RECORDS

Upon consideration of the Liquidating Trustee's motion (the "Motion") for entry of an order pursuant to section 554 of the Bankruptcy Code, and Bankruptcy Rule 6007 authorizing the abandonment and destruction of certain of the Debtors' remaining Books and Records; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 158(a); and it appearing that the relief requested by the Motion is in the best interests of the estates, its creditors and other parties in interest; and after due deliberation and for good cause appearing for the Motion, it is hereby

**ORDERED** that the Motion is GRANTED, as set forth herein; and it is further

**ORDERED** that, the Liquidating Trustee is authorized but not directed to abandon, destroy, or otherwise dispose of any remaining Books and Records at the sole discretion of the Liquidating Trustee relating to the Debtors' farm and feed mills operations, and no other Books and Records will be abandoned, destroyed, or otherwise disposed, and pay any costs associated therewith, without further order of this Court; and it is further

---

[1] The remaining Debtors and the last four digits of their federal tax identification number are: AgFeed USA, LLC (8748) and AgFeed Industries, Inc. (7168). The chapter 11 cases of all affiliated Debtors were closed by the Court on March 21, 2016 [D.I. 1823].

ORDERED that, the Liquidating Trustee shall preserve all Books and Records in which the Liquidating Trustee intends to rely on as evidence in any pending litigation until such litigation is complete including but not limited to minutes of board meetings, files of the Debtors' officers, corporate financial records (not relating to farm and feed mill operations); and it is further

ORDERED that, any party who would like to review the Books and Records prior to the abandonment, destruction or disposition of the Books and Records shall contact counsel to the Liquidating Trustee within five (5) business days of entry of this Order to make arrangement to review the Books and Records within a reasonable timeframe; and it is further

**ORDERED** that this Court shall retain exclusive jurisdiction to interpret and enforce the provisions of this Order in all respects and further to hear and determine all matters arising from the construction and implementation of this Order.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AGFEED USA, LLC, *et al.*,[1] | : | Case No. 13-11761 (BLS) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Eric M. Sutty, hereby certify that on April 29, 2020, I caused a true and correct copy of the foregoing *Liquidating Trustee's Motion for Entry of Order Authorizing the Abandonment and Destruction of Certain of the Debtors' Remaining Books and Records* to be served upon the parties on the attached service list via first class mail.

Dated: April 29, 2020     **ELLIOTT GREENLEAF, P.C.**

*/s/ Eric M. Sutty*
Rafael X. Zahralddin-Aravena (No. 4166)
Eric M. Sutty (No. 4007)
1105 N. Market Street, Suite 1700
Wilmington, DE 19801
Telephone: (302) 384-9400
Email: rxza@elliottgreenleaf.com
ems@elliottgreenleaf.com

*Counsel to William S. Kaye, as Liquidating Trustee of the AgFeed Liquidating Trust*

---

[1] The remaining Debtors and the last four digits of their federal tax identification number are: AgFeed USA, LLC (8748) and AgFeed Industries, Inc. (7168). The chapter 11 cases of all affiliated Debtors were closed by the Court on March 21, 2016 [D.I. 1823].

2002 Service List

~~William P. Bowden, Esq.~~
~~Stacy L. Newman, Esq.~~
~~ASHBY & GEDDES~~
~~500 Delaware Avenue~~
~~P.O. Box 1150~~
~~Wilmington, DE 19899~~

~~Jonathan E. Pahl, Esq.~~
~~Williams & Connolly LLP~~
~~725 12th Street, N.W.~~
~~Washington, D.C. 20005~~

~~Jonathan K. Hollin, Esq.~~
~~Powell Trachtman Logan Carrle & Lombardo~~
~~475 Allendale Road, Suite 200~~
~~King of Prussia, PA  19406~~

~~Jonathan S. Ziss, Esq.~~
~~Michael P. Luongo, Esq.~~
~~Goldberg Segalla~~
~~1700 Market Street, Suite 1418~~
~~Philadelphia, PA 19103-3907~~

~~John G. Harris, Esq.~~
~~David B. Anthony, Esq.~~
~~Berger Harris, LLC~~
~~1105 N. Market Street, 11th Floor~~
~~Wilmington, DE 19801~~

~~James S. Green, Sr., Esq.~~
~~Jared T. Green, Esq.~~
~~Kevin A. Guerke, Esq.~~
~~Seitz, Van Ogtrop & Green, PA~~
~~222 Delaware Avenue , Suite1500~~
~~Wilmington, DE 19801~~

~~Joseph H. Huston, Jr., Esq.~~
~~Stevens & Lee~~
~~919 North Market Street, Suite 1300~~
~~Wilmington, DE 19801~~

~~Jeffrey B. McCarron, Esq.~~
~~Swartz Campbell LLC~~
~~Two Liberty Place~~
~~50 S. 16th Street, 28th Floor~~
~~Philadelphia, PA 19102~~

~~Seth J. Reidenberg, Esq.~~
~~Tybout, Redfearn & Pell~~
~~750 Shipyard Drive, Suite 400~~
~~P.O. Box 2092~~
~~Wilmington, DE 19899~~

~~Carl N. Kunz III, Esq.~~
~~Morris James LLP~~
~~500 Delaware Avenue,~~
~~Suite 1500~~
~~Wilmington, DE 19801-1494~~

~~Curtis S. Miller, Esq.~~
~~Morris Nichols, Arsht & Tunnell LLP~~
~~1201 North Market Street, 16th Floor~~
~~P.O. Box 1347~~
~~Wilmington, DE 19899-1347~~

~~Daniel C. Zinman, Esq.~~
~~H. Rowan Gaither IV, Esq.~~
~~Margaret Winterkorn Meyers, Esq.~~
~~Richards Kibbe & Orbe LLP~~
~~200 Liberty Street~~
~~New York, NY 10281-1003~~

~~Ivesco. Holdings LLC~~
~~Attn: Anita Hilpipre~~
~~124 Country Club Road~~
~~Iowa Falls, IA 50126~~

~~Blank Rome LLP~~
~~Michael B. Schaedle, Esq.~~
~~One Logan Square~~
~~130 North 18th Street~~
~~Philadelphia, PA 19103-6998~~

2

2002 Service List

Kutak Rock LLP
Jeffrey T. Wegner, Esq.
1650 Farnam Street
Omaha, NE 68102

Eckert Seamans Cherin & Mellott LLC
Tara L. Lattomus, Esq.
222 Delaware Street, 7th Floor
Wilmington, DE 19801

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Hormel Foods Corporation
Attn: Frank Kubesh
1 Hormel Place
Austin, MN 55912

Blank Rome LLP
Regina Stango Kelbon, Esq.
Alan M. Root , Esq.
1201 Market Street, Suite 800
Wilmington, DE 19801

Secretary of State
Division of Corporations Franchise Tax
PO Box 898
Dover, DE 19903

Riverside Claims LLC
PO Box 626
Planetarium Station
New York, NY 10024

Internal Revenue Service
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA 19104-5002

Shuttleworth & Ingersoll, PLC
Wesley B. Huisinga, Esq.
Dennis J. McMenimen
U.S. Bank Bldg
PO Box 2107
Cedar Rapids, IA 52406-2107

Delaware State Treasury
820 Silver Lake Blvd, Suite 100
Dover, DE 19904

Michael Klein, Esq.
Cooley LLP
The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7798

Securities and Exchange Commission Secretary of the Treasury
100 F Street NE
Washington, DC 20549

Securities and Exchange Commission George S. Canellos, Reg. Director
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022

2002 Service List

~~Sonar Credit Partners II, LLC~~
~~80 Business Park Drive, Suite 208~~
~~Armonk, NY 10504~~

~~Ellen M. Slights, Esq.~~
~~US Attorneys Office~~
~~1007 N Orange St., Suite 700~~
~~PO Box 2046~~
~~Wilmington, DE 19899~~

~~David Topol, Esq.~~
~~Wiley Rein LLP~~
~~1776 K Street NW~~
~~Washington, DC 20006~~

~~Adam A. Lewis, Esq.~~
~~Morrison & Foerster LLP~~
~~425 Market Street~~
~~San Francisco, CA 94105~~

~~Maron Marvel Bradley & Anderson LLC~~
~~Stephanie A. Fox, Esq.~~
~~1201 N. Market Street, Suite 900~~
~~Wilmington, DE 19801~~

~~Robbins Salomon & Patt Ltd.~~
~~Thomas Pierce Yardley Jr., Esq.~~
~~Steve Jakubowski, Esq.~~
~~180 N. LaSalle Street, Ste. 3300~~
~~Chicago, IL 60601~~

~~Tennessee Department of Revenue~~
~~Robert Cooper, Laura McCloud~~
~~c/o Atty Gen Office, Bankruptcy Div.~~
~~P.O. Box 20207~~
~~Nashville, TN 37202-0207~~

~~BMC Group, Inc.~~
~~3732 West 120th Street~~
~~Hawthorne, CA 90250~~

~~R. Spencer Clift, III, Esq.~~
~~Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.~~
~~165 Madison Avenue, Suite 2000~~
~~Memphis, TN 38103~~

~~Ferry, Joseph & Pearce, P.A.~~
~~Lisa L. Coggins, Esq.~~
~~824 Market Street, Suite 1000~~
~~Wilmington, DE 19801~~

| Page 3: [1] Formatted | Maryann X. Millis | 5/26/2020 5:25:00 PM |
|---|---|---|

Normal, Centered, Indent: Left:  0"

| Page 3: [2] Formatted | Maryann X. Millis | 5/26/2020 5:25:00 PM |
|---|---|---|

Centered, Indent: Left:  0", Right:  0"