# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AgFeed USA, LLC, *et al.*,[1] | ) | Case No. 13-11761 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Eric M. Sutty, hereby certify that on May 26, 2020, I caused a true and correct copy of the foregoing *Certification of Counsel regarding Liquidating Trustee's Motion for Entry of Order Authorizing the Abandonment and Destruction of Certain of the Debtors' Remaining Books and Records* to be served upon the parties listed below via electronic mail:

David L. Buchbinder, Esq.
Office of the U.S. Trustee
844 North King Street, Suite 220
Wilmington, DE 19801
Email: david.l.buchbinder@usdoj.gov

Joseph H. Huston, Jr., Esq.
Stevens & Lee, P.C.
919 North Market Street, Suite 1300
Wilmington, DE 19801
Email: jhh@stevenslee.com

Jeffrey B. Mc Carron, Esq.
Swartz Campbell LLC
300 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Email: jmccarron@swartzcampbell.com

Dated: May 26, 2020

**ELLIOTT GREENLEAF, P.C.**

*/s/ Eric M. Sutty*
Rafael X. Zahralddin-Aravena (No. 4166)
Eric M. Sutty (No. 4007)
1105 N. Market Street, Suite 1700
Wilmington, DE 19801
Telephone: (302) 384-9400
Email: rxza@elliottgreenleaf.com
ems@elliottgreenleaf.com

---

[1] The remaining Debtors and the last four digits of their federal tax identification numbers are AgFeed USA, LLC (8748) and AgFeed Industries, Inc. (7168). The chapter 11 cases of all other affiliated Debtors have been closed.